UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM



| | |
|---|---|
| DATE: | March 9, 2006 |
| TO: | Honorable Allyne R. Ross<br>U.S. District Judge |
| RE: | Godfried Martin<br>04 CR 513 (FB)<br>Violation of Release Conditions |

On March 15, 2004, the defendant was arrested by FBI Agents and charged with Conspiracy to Distribute Marijuana. On the same day, he appeared before U.S. Magistrate Judge Joan M. Azrack for his initial appearance and a temporary order of detention was issued. On March 18, 2004, Judge Azrack released the defendant on a $150,000 bond secured by property and co-signed by four sureties. In addition, the following release conditions were imposed:
- travel restricted to New York State
- surrender all travel documents and do not apply for a new passport
- random home visits
- weekly in-person reporting to Pretrial Services
- maintain residence at 1415 East 52nd Street, Brooklyn, New York

On July 15, 2005, the defendant was convicted on two counts, Conspired to Possess and Distribute Marijuana and Conspired to Possess and Distribute More than Five Grams of Marijuana. After his conviction, U.S. Senior District Judge Frederic Block modified his bail conditions to include home detention with electronic monitoring except allowed to work, attend religious services, medical appointments, attorney visits, and court appearances. In addition, the defendant was instructed to pay the cost of electronic monitoring. On February 23, 2006, Judge Block sentenced the defendant to seventeen months incarceration followed by three years supervised release and ordered to pay $200 special assessment fee. Mr. Martin was ordered to voluntary surrender on May 7, 2006, which he failed to do so.

On May 1, 2006, Mr. Martin advised that he was designated to surrender to CI River Correctional Facility located in Winton, North Carolina. He was instructed to cut the electronic monitoring equipment the evening before he drives down to North Carolina so the equipment can be returned to this office. On May 8th, after checking with the U.S. Marshals and the correctional facility, it was discovered that Mr. Martin did not surrender. Attempts to reach the defendant's parents were not successful as their telephone number is disconnected. Criminal record check did not reveal any new arrests. At this time, the defendant's whereabouts are unknown. AUSA John Nathonson and defense counsel Barry Turner have been advised of the aforementioned situation.

In addition, Mr. Martin failed to pay his electronic monitoring cost and as of today, he has an outstanding balance of $94.54.

In light of Mr. Martin's failure to self surrender to the designated correctional facility, Pretrial Services respectfully requests that a warrant be issued and that the defendant be ordered to bear the cost of the electronic monitoring whenever he is apprehended.

If Your Honor determines that this request is appropriate, attached is a Court Order for Your Honor's signature. Should Your Honor require any additional information, please feel free to contact Officer Anna Chu at 718-613-2501.

Prepared by: _____  Approved by: _____
                        Anna Chu                                    Daisy Toscano
            U.S. Pretrial Services Officer        Supervising Pretrial Services Officer

RE: Martin, Godfried
Docket Number: 04 CR 513

It is the Order of the Court that:

__✓__ A bench warrant be issued and the defendant is to bear the cost of electronic monitoring upon his apprehension.

_____ No action be taken at this time.

_____ Other:_____

So Ordered,

_____
Honorable Allyne R. Ross
U.S. District Judge

5/9/06
Date

cc: Honorable Frederic Block
    Defense Counsel Barry Turner
    AUSA John Nathonson